UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-24510-CIV-ALTONAGA/O'SULLIVAN

CITY OF MIAMI, a Florida municipal
Corporation

    Plaintiff,

v.

CITIGROUP INC.; CITIBANK, N.A.;
CITIMORTGAGE, INC.; CITI
HOLDINGS, INC.; and CITICORP
TRUST BANK, FSB

    Defendants.
_____/

**MOTION OF AVI R. KAUFMAN OF CARLTON FIELDS JORDEN BURT, P.A. TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

    Undersigned counsel for Defendants Citigroup Inc., Citibank, N.A., CitiMortgage, Inc., Citi Holdings, Inc., and CitiCorp Trust Bank, FSB (collectively defined in the complaint as "Citi", Avi R. Kaufman, respectfully requests that the Court enter an order granting him leave to withdraw as counsel and discharging him for any further responsibility in this case. Benjamine Reid and Amy Hurwitz of Carlton Fields Jorden Burt, P.A. will continue to represent Defendant Citi in this matter.

    WHEREFORE, Avi R. Kaufman requests that the Court enter an order permitting him to withdraw as counsel of record for Defendant Citi and for such other and further relief as the Court deems just and proper.

Dated: January 29, 2016
                                        *s/ Avi R. Kaufman*
                                        akaufman@carltonfields.com
                                        Carlton Fields Jorden Burt, P.A.
                                        100 Southeast Second Street, Suite 4200
                                        Miami, FL 33131
                                        Telephone: (305) 530-0050
                                        Facsimile: (305) 530-0055

103430564.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system this January 29, 2016, which will send a notice of electronic filing to: all counsel of record on the attached service list.

s/ *Avi R. Kaufman*

## SERVICE LIST

Lance A. Harke
Lance A. Harke, P.A.
Florida Bar No. 863599
Harke Clasby & Bushman LLP
9699 N.E. Second Avenue
Miami, FL 33138
Telephone: 305-536-8220
lharke@harkeclasby.com

Victoria Méndez
Florida Bar No. 194931
City of Miami
Office of the City Attorney
444 S.W. 2nd Avenue, Suite 945
Miami, FL 33130
Telephone: 305-416-1800
vmendez@miamigov.com

Steve W. Berman (*pro hac vice*)
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Elaine T. Byszewski (*pro hac vice*)
Lee M. Gordon (*pro hac vice*)
Hagens Berman Sobol Shapiro LLP
301 North Lake Avenue, Suite 203
Pasadena, CA 91101
Telephone: (213) 330-7150
elaine@hbsslaw.com
lee@hbsslaw.com

Erwin Chemerinsky (*pro hac vice*)
University of California, Irvine
401 East Peltason Drive, Educ. 1095
Irvine, CA 92697
Telephone: (949) 824-7722
echemerinsky@law.uci.edu

Joel Liberson (*pro hac vice*)
Howard Liberson (*pro hac vice*)
Trial & Appellate Resources, P.C.
400 Continental Blvd., 6th Floor
El Segundo, CA 90245
Telephone: (310) 426-2361
joel@taresources.com
howard@taresources.com

*Attorneys for Plaintiff the City of Miami*

103430564.1