UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:13-cv-24510-DIMITROULEAS

| | |
|---|---|
| CITY OF MIAMI, a Florida municipal corporation,<br><br>  Plaintiff,<br><br>v.<br><br>CITIGROUP INC.; CITIBANK, N.A.; CITIMORTGAGE, INC.; CITI HOLDINGS, INC.; and CITICORP TRUST BANK, FSB,<br><br>  Defendants. | |

# HAGENS BERMAN SOBOL SHAPIRO LLP'S MOTION TO WITHDRAW AS CO-COUNSEL FOR PLAINTIFF THE CITY OF MIAMI

1:13-CV-24510-DIMITROULEAS

Pursuant to S.D. Fla. L.R. 7.1 and 11.1, and Rule 4-1.16(b) of the Rules Regulating the Florida Bar, Hagens Berman Sobol Shapiro LLP ("Hagens Berman") files this motion to withdraw as co-counsel for Plaintiff the City of Miami (the "City") and, in support thereof, states as follows:

1. At all relevant times, the City has been represented in this action by the City of Miami, Office of the City Attorney ("Miami City Attorney"), Office of the City Attorney ("Miami City Attorney"), Trial & Appellate Resources, P.C. ("TAR"), and Harke Clasby & Bushman LLP ("Harke Clasby"), among other attorneys. The Miami City Attorney and TAR have acted and continue to act as lead counsel for the City. Hagens Berman was retained to represent the City jointly with the other counsel described herein.

2. According to the Florida Supreme Court: "We hold that in a civil case any attorney of record has the right to terminate the attorney-client relationship and to withdraw as an attorney of record upon due notice to his client and approval by the court. Approval by the court should be rarely withheld and then only upon a determination that to grant said request would interfere with the efficient and proper functioning of the court." *Fisher v. State*, 248 So. 2d 479, 486 (Fla. 1971).

3. Hagens Berman provided the City with due notice of its intent to withdraw more than sixty (60) days prior to filing this motion to withdraw. Granting this motion would not interfere with the efficient and proper functioning of the court. Indeed, there are no imminent discovery deadlines or trial dates in this matter. The action remains at the motion to dismiss stage. TAR, on behalf of the City, is opposing the motion to dismiss.

4. Florida Bar Rules also provide that a lawyer may withdraw from representing a client if "(1) withdrawal can be accomplished without material adverse effect on the interests of

1

the client." (Florida Bar Rule 4-1.16(b)(1).) Alternatively, a lawyer may withdraw if: "(2) the client insists upon taking action that the lawyer considers repugnant, imprudent, or with which the lawyer has a fundamental disagreement; (3) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled; (4) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or (5) other good cause for withdrawal exists."

5. In this case, multiple grounds for withdrawal exist.

6. *First*, the City agreed in advance that Hagens Berman may withdraw from this action for any reason. The requested withdrawal is warranted, since without it, the agreement for professional legal services would be frustrated.

7. *Second*, the Miami City Attorney, TAR, and Harke Clasby (among other counsel) will continue to represent the City. At the same time, the City has had more than sixty (60) days to add additional counsel should it seek to do so. Thus, Hagens Berman's withdrawal as co-counsel of record should be permitted because it can be accomplished without material adverse effect on the interests of the City. To be sure, courts have found no prejudice in civil cases where – as here – the client has alternative counsel and/or where the client has had ample time to seek substitute counsel (e.g., 60 days) before completion of discovery or trial. *See, e.g.*, *Simmons v. House of Brewz LLC*, No. 2:14-CV-390-FTM-29CM, 2015 WL 3991021, at *3 (M.D. Fla. June 30, 2015); *Bowin v. Molyneaux*, 100 So. 3d 1197, 1198 (Fla. Dist. Ct. App. 2012); *cf. JPMorgan Chase Bank, N.A. v. Ben-Ezra & Katz, P.A.*, No. 11-60655-CIV, 2011 WL 1458066, at *3 (S.D. Fla. Apr. 15, 2011).

1:13-CV-24510-DIMITROULEAS

8. *Third*, Hagens Berman and the City appear to disagree on the most prudent course of action going forward in these related cases.

9. *Fourth*, the representation will result in an unreasonable financial burden on Hagens Berman. The firm has incurred substantial unreimbursed litigation expenses to date, and absent withdrawal, the firm believes that it would incur substantial additional litigation expenses that amount to an unreasonable financial burden in the context of these related actions.

10. *Fifth*, the representation has been rendered unreasonably difficult due to limited communications with the client.

11. Hagens Berman understands that the City objects to the firm's request for withdrawal at this time.

12. After reasonable notice to Defendants and a request for response, Defendants have not objected to withdrawal by the Hagens Berman firm.

**WHEREFORE**, Hagens Berman and its attorneys of record respectfully request that this Court enter an Order granting this Motion authorizing Hagens Berman (including the firm's attorneys of record, Steve W. Berman, Elaine T. Byszewski, and Lee M. Gordon) to withdraw as co-counsel of record for the City.

Hagens Berman certifies that it has conferred in writing with representatives for the City in a good faith effort to resolve the issues raised in the motion and has been unable to do so.

Dated: March 3, 2016                              Respectfully submitted,

By:   */s/ Lee M. Gordon*
Lee M. Gordon (*pro hac vice*)
lee@hbsslaw.com
Elaine T. Byszewski (*pro hac vice*)
elaine@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Ave., Ste. 203
Pasadena, CA  91101

1:13-CV-24510-DIMITROULEAS

Telephone: (213) 330-7150

Steve W. Berman (*pro hac vice*)
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave., Ste. 3300
Seattle, WA 98101
Telephone: (206) 623-7292

*Co-Counsel for Plaintiff the City of Miami*
(*seeking withdrawal*)

Victoria Méndez (Florida Bar No. 194931)
*vmendez@miamigov.com*
CITY OF MIAMI
OFFICE OF THE CITY ATTORNEY
444 S.W. Second Ave., Ste. 945
Miami, FL 33130
Telephone: (305) 416-1800

Lance A. Harke, P.A. (Florida Bar No. 863599)
*lharke@harkeclasby.com*
HARKE CLASBY & BUSHMAN LLP
9699 N.E. Second Ave.
Miami, FL 33138
Telephone: (305) 536-8220

Erwin Chemerinsky (*pro hac vice*)
*echemerinsky@law.uci.edu*
UNIVERSITY OF CALIFORNIA, IRVINE
401 East Peltason Dr., Educ. 1095
Irvine, CA 92697
Telephone: (949) 824-7722

Joel Liberson (*pro hac vice*)
*joel@taresources.com*
Howard Liberson (*pro hac vice*)
*howard@taresources.com*
TRIAL & APPELLATE RESOURCES, P.C.
400 Continental Blvd., 6th Fl.
El Segundo, CA 90245
Telephone: (310) 426-2361

1:13-CV-24510-DIMITROULEAS

Robert Peck (*pro hac vice*)
*robert.peck@cclfirm.com*
CENTER FOR CONSTITUTIONAL LITIGATION
777 Sixth St. NW, Ste. 520
Washington, DC  20001
Telephone: (202) 944-2803

*Attorneys for Plaintiff the City of Miami*

5

1:13-CV-24510-DIMITROULEAS

## CERTIFICATE OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of Los Angeles, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 301 N. Lake Ave., Suite 203, Pasadena, California 91101.

2. That on March 3, 2016, declarant served **HAGENS BERMAN SOBOL SHAPIRO LLP'S MOTION TO WITHDRAW AS CO-COUNSEL FOR PLAINTIFF THE CITY OF MIAMI** to the parties by placing the document in a sealed envelope for delivery with postage paid and deposited with USPS at Pasadena, California, addressed as indicated on the attached Service List.

3. I am "readily familiar" with this firm's practice of collection and processing correspondence via USPS. Under that practice it would be deposited with USPS on the same day with delivery fees/postage thereon fully prepaid at Pasadena, California in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 3, 2016 at Pasadena, California.

Jennifer Conte

1:13-CV-24510-DIMITROULEAS

## SERVICE LIST

## CITY OF MIAMI V. CITIGROUP INC., et al.
Case No. 13-cv-24510

### ATTORNEYS FOR PLAINTIFF(S)

| | |
|---|---|
| Elaine T. Byszewski<br>Lee M. Gordon<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>301 North Lake Avenue, Suite 203<br>Pasadena, CA 91101<br>Telephone: 213-330-7150<br>elaine@hbsslaw.com<br>lee@hbsslaw.com | Steve W. Berman<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: 206-623-7292<br>steve@hbsslaw.com |
| Erwin Chemerinsky<br>**The University of California**<br>401 East Peltason Drive<br>Irvine, CA 92697<br>Telephone: 949-824-7722<br>eChemerinsky@law.uci.edu | Howard Liberson<br>Joel Liberson<br>**Trial and Appellate Resources, PC**<br>400 Continental Blvd., 6th Floor<br>El Segundo, CA 90245<br>Telephone: 300-426-2361<br>howard@taresources.com<br>joel@taresources.com |
| Robert S. Peck<br>**Center for Constitutional Litigation, P.C.**<br>777 6th Street, N.W.<br>Suite 250<br>Washington, DC 20001<br>Telephone: 202 944-2874<br>robert.peck@cclfirm.com | Victoria Mendez<br>**Office of the City Attorney, City of Miami**<br>444 SW 2nd Avenue, Suite 945<br>Miami, FL 33130<br>Telephone: 305-416-1800<br>vmendez@miamigov.com |
| Lance August Harke<br>**Harke Clasby & Bushman LLP**<br>9699 NE Second Avenue<br>Miami Shores, FL 33138<br>Telephone: 305-536-8222<br>lharke@harkeclasby.com | |

1:13-CV-24510-DIMITROULEAS

## ATTORNEYS FOR DEFENDANT(S)

| | |
|---|---|
| Amy Lane Hurwitz<br>Benjamine Reid<br>**Carlton Fields Jorden Burt**<br>100 SE 2nd Street<br>Suite 4200<br>PO Box 019101<br>Miami, FL 33131-9101<br>Telephone: 305-530-0050<br>ahurwitz@carltonfields.com<br>breid@carltonfields.com | Debra Bogo-Ernst<br>Lucia Nale<br>Stephen J. Kane<br>**Mayer Brown LLP**<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: 312-782-0600<br>dernst@mayerbrown.com<br>lnale@mayerbrown.com<br>skane@mayerbrown.com |