UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-24510-CIV-DIMITROULEAS

CITY OF MIAMI, a Florida municipal
corporation,

    Plaintiff,

vs.

CITIGROUP INC.; CITIBANK, N.A.;
CITIMORTGAGE, INC.; CITI
HOLDINGS, INC.; and CITICORP
TRUST BANK, FSB,

    Defendants.
_____/

### ORDER REOPENING CASE FOLLOWING MANDATE IN TWO OF THE FOUR RELATED CITY OF MIAMI FHA CASES

THIS CAUSE is before the Court upon the October 22, 2019 Mandate issued by the United States Court of Appeals for the Eleventh Circuit in Appellate Case Nos. 14-14543 and 14-14544 (the "Mandate").

Therein, the Eleventh Circuit concluded that in two of the four related City of Miami FHA cases pending before this Court, Plaintiff City of Miami (the "City") plausibly alleged in its First Amended Complaints a violation of the Fair Housing Act of 1968 ("FHA"), as amended, 42 U.S.C. § 3601, *et seq.* and therefore, that this Court should have granted the City leave to amend its complaints, since amendation would not have been futile.  The Eleventh Circuit stated that it was leaving to the district court "to determine which complaints should be operative for its purposes, or whether to grant the City leave to file new ones." *See id.* at p. 76, n.2.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Clerk is **DIRECTED** to re-open this case;

2. On or before **December 23, 2019**, Plaintiff shall file its operative complaint in this case;

3. Defendants shall respond thereto within fourteen (14) days;

4. As the deadlines entered by Judge Altonaga in her February 24, 2014 Scheduling Order [DE 24] have expired, the Court will enter a new Scheduling Order by separate order.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 9th day of December, 2019.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record